# EXHIBIT 3

Exhibit 3

# U.S. Postal Service™
# CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

7019 2970 0000 9747 1623

For delivery information, visit our website at *www.usps.com®*.

Harrisburg, PA 17120   OFFICIAL USE

| Certified Mail Fee | $3.55 | | 0815 08 |
|---|---|---|---|
| Extra Services & Fees *(check box, add fee as appropriate)* | | $0.00 | |
| ☐ Return Receipt (hardcopy) | $ | $1.70 | |
| ☐ Return Receipt (electronic) | $ | $0.00 | Postmark Here |
| ☐ Certified Mail Restricted Delivery | $ | $0.00 | |
| ☐ Adult Signature Required | $ | $0.00 | |
| ☐ Adult Signature Restricted Delivery | $ | | |

Postage
$0.55

Total Postage and Fees
$5.80

09/18/2020

Sent To  Honorable Kathy Boockvar
Street and Apt. No., or PO Box No.  302 North Office Building 401 North Street
City, State, ZIP+4®  Harrisburg, PA 17120

PS Form 3800, April 2015 PSN 7530-02-000-9047   See Reverse for Instructions

# U.S. Postal Service™
# CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

# USPS Tracking®

Track Another Package +



**Tracking Number:** 70192970000097471623

Your item has been delivered and is available at a PO Box at 7:48 am on September 25, 2020 in HARRISBURG, PA 17106.

## Status

✓ **Delivered**

September 25, 2020 at 7:48 am
Delivered, PO Box
HARRISBURG, PA 17106

Get Updates