# EXHIBIT 4

MOTION TO FILE UNDER SEAL FORTHCOMING