# EXHIBIT 5

MOTION TO FILE UNDER SEAL FORTHCOMING