**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

_____ )
_____ )
_____ )
_____ )
_____, )
                                             )
            **Plaintiff(s),**       )
                                             )
   **v.**                                        )
                                             )
_____ )      **Civil Action No. _____**
_____ )
_____ )
_____ )
_____, )
                                             )
           **Defendant(s)/**        )
           **Third-Party Plaintiff(s),** )
                                             )
   **v.**                                        )
                                             )
_____ )
_____ )
_____ )
_____ )
_____, )
                                             )
           **Third-Party Defendant(s).** )
_____)

**DISCLOSURE STATEMENT PURSUANT TO <mark>Fed. R. Civ. P. 7.1</mark>
(Civil Action)**

      Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, _____,
                                                                                                       (type of party)
who is _____, makes the following disclosure:
                 (name of party)

☐ YES  ☐ NO

2. If the answer to Number 1 is "yes," list below any parent corporation or state that there is no such corporation:

_____

_____

_____

3. If the answer to Number 1 is "yes," list below any publicly-held corporation that owns 10% or more of the party's stock or state that there is no such corporation:
_____
_____
_____
_____

    The undersigned party understands that under Rule 7.1 of the Federal Rules of Civil Procedure, it must promptly file a supplemental statement upon any change in the information that this statement requires.

                                                _____
                                                Signature of Counsel for Party

Date: _____