# UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Public Interest Legal Foundation,<br><br>*Plaintiff*,<br><br>v.<br><br>Kathy Boockvar, Secretary of the Commonwealth of Pennsylvania, in her official capacity.<br><br>*Defendant*. | Civ. No. 20-_____<br><br>**ORAL ARGUMENT REQUESTED** |

## MOTION FOR A PRELIMINARY INJUNCTION

Plaintiff Public Interest Legal Foundation respectfully requests that this Court grant it a preliminary injunction preventing Defendant Kathy Boockvar, the Secretary of the Commonwealth of Pennsylvania, from including the names of 21,206 apparently deceased (and hence, ineligible) registrants on the list of eligible voters and corresponding poll books for the upcoming November 3, 2020 general election. Defendant's failure to remove these individuals from the list of eligible voters violates the National Voter Registration Act of 1993. In counties where paper poll books are used, poll books may *be printed as soon as*

1

*October 20*, the day after registration ends. In support of this Motion, Plaintiff concurrently files a Memorandum in Support herewith.

Respectfully submitted,

For the Plaintiff:

*/s/ Linda A. Kerns*
Law Offices of Linda A. Kerns, L.L.C.
1420 Locust St., Ste. 200
Philadelphia, PA 19102
Tel: (215) 731-1400
Fax: (215) 701-4154
linda@lindakernslaw.com

Sue Becker (MO 64721)*
PUBLIC INTEREST LEGAL FOUNDATION
32 E. Washington Street, Suite 1675
Indianapolis, IN 46204
Tel: (317) 203-5599
Fax: (888) 815-5641
sbecker@publicinterestlegal.org

John Eastman (CA 193726)*
Center for Constitutional Jurisprudence
c/o Chapman Univ. Fowler Sch. of Law
One University Dr.
Orange, CA 92866
Tel: (877) 855-3330
Fax: (316) 264-1518
jeastman@chapman.edu

Bradley J. Schlozman (KS 17621)*
Hinkle Law Firm
1617 N. Waterfront Parkway, Ste. 400
Wichita, KS  67206-6639
Tel: (316) 267-2000
Fax: (316) 264-1518
bschlozman@hinklaw.com

*Applications for Admission Forthcoming*

# CERTIFICATE OF SERVICE

I certify that on October 15, 2020, I filed the foregoing with the Clerk of the Court using the CM/ECF system, and a copy was made available to all electronic filing participants.

*/s/ Linda A. Kerns*
Linda A. Kerns
