# UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Public Interest Legal Foundation, *Plaintiff*, v. Kathy Boockvar, Pennsylvania Secretary of State, in her official capacity. *Defendant*. | Civ. No. 20-_____ |

## PROPOSED ORDER GRANTING PLAINTIFF'S MOTION FOR A PRELIMINARY INJUNCTION

Upon consideration of the Plaintiff's Motion for Preliminary Injunction and the Memorandum of Law in Support, the Court hereby finds that Plaintiff has met the four factors which weigh in favor of granting the injunction. The Court thus enjoins Defendant from including the 21,206 names of deceased registrants in the poll books to be used in the November 3 general election. The Court also awards Plaintiff its attorneys' fees and costs in bringing this action.

Dated:

_____