# EXHIBIT 3

Exhibit 3

| county | voter_id | lname | fname | status2020 | status2019 | dob | ssdi_dob | dt_reg | ssdi_dod | obit_dod | 2018_vote | vote_type | 2016_vote | vote_type |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ALLEGHENY | 002266969-02 | K | PATRICIA | ACT | ACT | 1925-03-12 | 1925-03-12 | 1949-04-01 | 2011-08-20 | 2011-08-20 | 2018-11-06 | REG | | |
| ALLEGHENY | 002861769-02 | H | EDWARD | ACT | ACT | 1934-09-16 | 1934-09-16 | 1953-12-01 | 2005-01-03 | | 2018-11-06 | REG | 2016-11-08 | REG |
| ALLEGHENY | 002399093-02 | B | ROBERT | ACT | ACT | 1932-09-01 | 1932-09-01 | 1955-03-01 | 2011-07-20 | 2011-07-20 | 2018-11-06 | REG | | |
| ALLEGHENY | 002028885-02 | D | AUGUST | ACT | ACT | 1933-08-10 | 1933-08-10 | 1955-08-01 | 2016-07-06 | | 2018-11-06 | REG | | |
| ALLEGHENY | 002971370-02 | G | HENRY | ACT | ACT | 1927-02-24 | 1927-02-24 | 1960-02-01 | 2012-11-25 | | 2018-11-06 | REG | 2016-11-08 | REG |
| ALLEGHENY | 002737751-02 | W | SONDRA | ACT | | 1934-08-22 | 1934-08-22 | 1960-08-01 | 2012-08-03 | 2012-08-03 | 2018-11-06 | REG | | |
| ALLEGHENY | 002973552-02 | M | THOMAS | ACT | ACT | 1942-09-16 | 1942-09-16 | 1964-02-01 | 2011-01-22 | 2011-01-22 | 2018-11-06 | REG | 2016-11-08 | REG |
| ALLEGHENY | 002055008-02 | L | NORINE | ACT | | 1953-09-21 | 1953-09-21 | 1975-07-01 | 2009-01-15 | 2009-01-15 | 2018-11-06 | REG | 2016-11-08 | REG |
| ALLEGHENY | 002992023-02 | B | WILLIE | ACT | | 1957-09-15 | 1957-09-15 | 1975-10-01 | 2011-08-21 | | 2018-11-06 | REG | 2016-11-08 | REG |
| ALLEGHENY | 002530935-02 | B | JOSEPH | ACT | | 1961-09-17 | 1961-09-17 | 1980-10-01 | 2008-08-28 | | 2018-11-06 | REG | 2016-11-08 | REG |
| ALLEGHENY | 002307169-02 | W | ROBERT | ACT | | 1950-04-20 | 1950-04-20 | 1984-10-01 | 1971-03-17 | | 2018-11-06 | REG | 2016-11-08 | REG |
| ALLEGHENY | 002336530-02 | J | THOMAS | ACT | ACT | 1931-06-23 | 1931-06-23 | 1993-09-01 | 2003-03-24 | 2003-03-24 | 2018-11-06 | REG | | |
| ALLEGHENY | 002468083-02 | R | JANE | ACT | | 1962-04-07 | 1962-04-07 | 1997-06-01 | 2013-08-19 | | 2018-11-06 | REG | 2016-11-08 | REG |
| ALLEGHENY | 020402068-02 | O | MICHAEL | ACT | ACT | 1942-12-31 | 1942-12-31 | 2004-10-22 | 2017-12-10 | 2017-12-10 | 2018-11-06 | REG | | |
| ALLEGHENY | 102624938-02 | S | THOMAS | ACT | ACT | 1932-04-23 | 1932-04-23 | 2009-10-01 | 2006-02-14 | 2006-02-14 | 2018-11-06 | ABS | 2016-11-08 | ABS |
| ALLEGHENY | 102851582-02 | T | WILLIAM | ACT | ACT | 1939-02-20 | 1939-02-20 | 2010-08-16 | 1998-10-24 | | 2018-11-06 | ABS | 2016-11-08 | ABS |
| BEAVER | 001349057-04 | M | CRAIG | ACT | | 1949-09-25 | 1949-09-25 | 1976-02-17 | 2015-05-12 | | 2018-11-06 | REG | 2016-11-08 | REG |
| BERKS | 010698399-06 | G | MARY | ACT | ACT | 1937-10-20 | 1937-10-20 | 1992-01-17 | 2017-01-01 | 2017-01-01 | 2018-11-06 | REG | | |
| BLAIR | 011000871-07 | F | HELEN | ACT | ACT | 1920-08-17 | 1920-08-17 | 1800-01-01 | 2008-12-28 | 2008-12-28 | 2018-11-06 | REG | | |
| BLAIR | 020260415-07 | P | ROBERTA | ACT | ACT | 1947-09-16 | 1947-09-16 | 2004-09-21 | 2017-05-06 | 2017-05-06 | 2018-11-06 | REG | | |
| BRADFORD | 012566741-08 | D | JEROME | ACT | | 1937-02-07 | 1937-02-07 | 1995-12-07 | 2013-04-18 | 2013-04-18 | 2018-11-06 | REG | | |
| BUTLER | 001508174-10 | T | NORMAN | ACT | ACT | 1921-04-14 | 1921-04-14 | 1965-03-29 | 2012-04-25 | 2012-04-25 | 2018-11-06 | REG | 2016-11-08 | REG |
| CHESTER | 009429126-15 | P | MARIANNE | ACT | ACT | 1963-12-17 | 1963-12-17 | 1996-02-08 | 2012-05-15 | | 2018-11-06 | REG | 2016-11-08 | REG |
| CHESTER | 021584339-15 | W | ANGELA | ACT | | 1961-11-09 | 1961-11-09 | 2008-09-21 | 1981-08-01 | | 2018-11-06 | REG | 2016-11-08 | REG |
| CLEARFIELD | 020114287-17 | Z | JAMES | ACT | | 1986-04-23 | 1986-04-23 | 2004-05-21 | 2012-11-20 | | 2018-11-06 | REG | 2016-11-08 | REG |
| CUMBERLAND | 001006385-21 | K | JOSEPH | ACT | ACT | 1928-02-05 | 1928-02-05 | 1960-01-01 | 2010-02-16 | 2010-02-16 | 2018-11-06 | REG | | |
| DAUPHIN | 005127716-22 | C | PEDRO | ACT | | 1936-04-06 | 1936-04-06 | 1993-04-19 | 2010-11-01 | | 2018-11-06 | REG | | |
| DELAWARE | 009944184-23 | D | FRED | ACT | ACT | 1930-06-17 | 1930-06-17 | 1951-09-29 | 2013-12-31 | | 2018-11-06 | REG | | |
| DELAWARE | 010027813-23 | P | PETER | ACT | ACT | 1933-08-26 | 1933-08-26 | 1951-12-25 | 2017-04-22 | | 2018-11-06 | REG | | |
| DELAWARE | 010033596-23 | M | FRANCIS | ACT | ACT | 1947-07-08 | 1947-07-08 | 1985-04-12 | 2015-05-27 | | 2018-11-06 | REG | 2016-11-08 | REG |
| DELAWARE | 109113841-23 | R | MOHAMMA | ACT | ACT | 1949-02-02 | 1949-02-02 | 2018-07-08 | 2013-09-17 | | 2018-11-06 | REG | | |
| ERIE | 021653715-25 | F | SPENCER | ACT | | 1987-07-21 | 1987-07-21 | 2008-10-06 | 2018-01-04 | | 2018-11-06 | REG | | |
| ERIE | 108006236-25 | H | DALE | ACT | ACT | 1949-06-02 | 1949-06-02 | 2016-10-09 | 2008-05-25 | 2008-05-25 | 2018-11-06 | REG | 2016-11-08 | REG |
| FAYETTE | 004474511-26 | M | ESTHER | ACT | ACT | 1906-06-27 | 1906-06-27 | 1949-09-27 | 1999-09-21 | | 2018-11-06 | REG | | |
| FAYETTE | 004477570-26 | W | DONNA | ACT | ACT | 1928-11-06 | 1928-11-06 | 1964-09-14 | 2018-04-19 | 2018-04-19 | 2018-11-06 | REG | | |
| LANCASTER | 011140023-36 | W | MARY | ACT | ACT | 1932-07-17 | 1932-07-17 | 1964-08-24 | 2012-11-30 | | 2018-11-06 | REG | 2016-11-08 | REG |
| LANCASTER | 009601450-36 | S | EMMA | ACT | | 1936-01-02 | 1936-01-02 | 2004-09-28 | 2006-04-18 | 2006-04-18 | 2018-11-06 | REG | 2016-11-08 | REG |
| LANCASTER | 021642504-36 | R | KRISTIN | ACT | | 1989-11-27 | 1989-11-27 | 2008-10-04 | 2011-01-03 | | 2018-11-06 | REG | 2016-11-08 | REG |
| LANCASTER | 107152660-36 | F | JESSICA | ACT | | 1985-08-24 | 1985-08-24 | 2016-03-27 | 2018-02-16 | 2018-02-16 | 2018-11-06 | REG | | |
| LUZERNE | 005392719-40 | M | MARK | ACT | ACT | 1950-06-17 | 1950-06-17 | 1998-02-05 | 2015-11-25 | 2015-11-25 | 2018-11-06 | REG | | |
| MONROE | 109292327-45 | G | MIGUEL | ACT | | 1961-08-27 | 1961-08-27 | 2018-10-11 | 2006-01-16 | | 2018-11-06 | REG | | |
| MONTGOMERY | 014592396-46 | S | SHARON | ACT | | 1950-11-03 | 1950-11-03 | 1976-10-04 | 2007-05-24 | 2007-05-24 | 2018-11-06 | REG | 2016-11-04 | REG |
| MONTGOMERY | 006062212-46 | B | MIRIAM | ACT | ACT | 1930-07-26 | 1930-07-26 | 1996-08-29 | 2015-05-04 | | 2018-11-06 | REG | 2016-11-08 | REG |
| MONTGOMERY | 006233338-46 | S | JOHN | ACT | ACT | 1932-02-08 | 1932-02-08 | 2000-07-07 | 2018-03-03 | | 2018-11-06 | REG | | |
| MONTGOMERY | 103744570-46 | L | BOB | ACT | ACT | 1943-03-15 | 1943-03-15 | 2012-10-22 | 2006-06-27 | | 2018-11-06 | REG | 2016-11-08 | REG |
| MONTGOMERY | 103761308-46 | P | JONG CHUL | ACT | ACT | 1985-09-15 | 1985-09-15 | 2012-10-24 | 2014-04-26 | | 2018-11-06 | REG | | |
| MONTGOMERY | 104170951-46 | R | LUZ | ACT | | 1939-03-14 | 1939-03-14 | 2014-02-22 | 2011-08-15 | | 2018-11-06 | REG | 2016-11-08 | REG |
| MONTGOMERY | 006285787-46 | A | KAY | INA | ACT | 1945-02-25 | 1945-02-25 | 2001-11-19 | 2014-12-30 | | 2018-11-06 | REG | | |
| MONTGOMERY | 021508633-46 | C | BARNES | INA | | 1966-04-03 | 1966-04-03 | 2008-08-17 | 2005-09-01 | | 2018-11-06 | REG | | |
| MONTOUR | 012998548-47 | Y | ROBERT | ACT | ACT | 1927-03-10 | 1927-03-10 | 1971-09-11 | 1999-04-08 | | 2018-11-06 | REG | | |
| NORTHUMBERLAND | 013786825-49 | P | LEE | ACT | | 1957-06-11 | 1957-06-11 | 1999-01-01 | 2010-08-14 | | 2018-11-06 | REG | | |
| PHILADELPHIA | 016130480-51 | P | ROSE | ACT | ACT | 1922-06-02 | 1922-06-02 | 1956-07-21 | 2010-04-25 | 2010-04-25 | 2018-11-06 | REG | | |
| PHILADELPHIA | 015585388-51 | S | EVELYN | ACT | ACT | 1924-02-08 | 1924-02-08 | 1959-09-09 | 2015-01-13 | | 2018-11-06 | REG | | |
| PHILADELPHIA | 015403939-51 | W | CATHERINE | ACT | ACT | 1938-07-21 | 1938-07-21 | 1972-08-22 | 2014-10-08 | | 2018-11-06 | REG | | |
| PHILADELPHIA | 014435981-51 | R | ALLEN | ACT | ACT | 1943-06-27 | 1943-06-27 | 1990-10-01 | 2017-11-01 | | 2018-11-06 | REG | | |
| PHILADELPHIA | 015058591-51 | J | RACHELLE | ACT | | 1952-12-20 | 1952-12-20 | 1994-10-11 | 2015-11-20 | | 2018-11-06 | REG | | |
| PHILADELPHIA | 015321011-51 | P | JOHN | ACT | | 1929-02-28 | 1929-02-28 | 1994-10-11 | 2012-04-21 | 2012-04-21 | 2018-11-06 | REG | | |
| PHILADELPHIA | 015948811-51 | K | TIMOTHY | ACT | ACT | 1959-07-01 | 1959-07-01 | 1995-11-03 | 2015-06-04 | | 2018-11-06 | REG | | |
| PHILADELPHIA | 016001763-51 | K | DARLEEN | ACT | | 1960-02-02 | 1960-02-02 | 1996-10-07 | 2005-10-04 | | 2018-11-06 | REG | 2016-11-08 | REG |
| PHILADELPHIA | 015782079-51 | M | FRANCISCA | ACT | ACT | 1945-07-10 | 1945-07-10 | 1996-10-07 | 2007-07-01 | 2007-07-01 | 2018-11-06 | REG | 2016-11-08 | REG |
| PHILADELPHIA | 015688225-51 | D | JOHN | ACT | ACT | 1908-01-22 | 1908-01-22 | 1998-10-05 | 2008-07-25 | | 2018-11-06 | REG | 2016-11-08 | REG |
| PHILADELPHIA | 014633255-51 | T | ROBERTA | ACT | | 1948-08-13 | 1948-08-13 | 1999-05-19 | 2012-04-11 | 2012-04-11 | 2018-11-06 | REG | 2016-11-08 | REG |