# EXHIBIT 4

COMMONWEALTH OF PENNSYLVANIA
COUNTY OF DELAWARE



# Preliminary Hearing Notice

| | |
|---|---|
| Mag. Dist. No: | MDJ-32-1-23 |
| MDJ Name: | Honorable Gregory J. Loftus |
| Address: | 100 Clifton Avenue<br>Collingdale, PA 19023 |
| Telephone: | 610-534-3443 |

Harry Maxwell
144 Lafayette Ave.
Collingdale, PA 19023

Commonwealth of Pennsylvania
v.
Harry Maxwell

| | |
|---|---|
| Docket No: | MJ-32123-CR-0000180-2018 |
| Case Filed: | 11/14/2018 |
| Comp/Cit #: | 20181026M5233 |
| OTN: | U 648201-1 |

(X) Harry Maxwell [signature]

### Charge(s)

| | | |
|---|---|---|
| 18 § 4101 §§ A1 (Lead) | Forgery - Alter Writing | 2 counts |
| 18 § 4104 §§ A | Tamper Records Or Id-Writing | 2 counts |
| 25 § 3553 | Violations / Absentee Elector | 2 counts |

A Preliminary Hearing has been scheduled for the above captioned case to be held on/at:

| | |
|---|---|
| Date: Tuesday, December 4, 2018 | Place: Courtroom: MDJ-32-1-23<br>100 Clifton Avenue<br>Collingdale, PA 19023<br>610-534-3443 |
| Time: 9:30 AM | |

### Notice To Defendant

A complaint has been filed charging you with the offense(s) set forth above and on the attached copy of the complaint. If you fail to appear at the time and place above without cause, you will be deemed to have waived your right to be present at any further proceedings before the Magisterial District Judge and the case will proceed in your absence. If any of the charges against you are held for court, a request for a bench warrant against you will be transmitted to the Court of Common Pleas.

At the preliminary hearing you may:
1. Be represented by counsel;
2. Cross-examine witnesses and inspect physical evidence offered against you;
3. Call witnesses on your behalf other than witnesses to testify to your good reputation only, offer evidence on your behalf and testify;
4. Make written notes of the proceeding, or have your counsel do so, or make a stenographic, mechanical, or electronic record of the proceedings.

If the case is held for court and if you fail to appear without cause at any proceeding for which your presence is required, including trial, your absence may be deemed a waiver of your right to be present, and the proceeding, including the trial, may be conducted in your absence.

If you cannot afford to hire an attorney, one may be appointed to represent you. Please contact the office of the Magisterial District Judge for additional information regarding the appointment of an attorney. If you have any questions, please call the above office immediately.
Should you fail to appear for your preliminary hearing, a warrant will be issued for your arrest.

November 16, 2018
Date

[signature]
The Honorable Gregory J. Loftus

---

If you are disabled and require a reasonable accommodation to gain access to the Magisterial District Court and its services, please contact the Magisterial District Court at the above address or telephone number. We are unable to provide transportation. You can make case payments online through Pennsylvania's Unified Judicial System web portal. Visit the portal at http://ujsportal.pacourts.us to make a payment.

COMMONWEALTH OF PENNSYLVANIA
COUNTY OF DELAWARE



# Preliminary Arraignment Notice

| | |
|---|---|
| Mag. Dist. No: | MDJ-32-1-23 |
| MDJ Name: | Honorable Gregory J. Loftus |
| Address: | 100 Clifton Avenue<br>Collingdale, PA 19023 |
| Telephone: | 610-534-3443 |

Commonwealth of Pennsylvania
v.
Harry Maxwell

Harry Maxwell
144 Lafayette Ave.
Collingdale, PA 19023

| | |
|---|---|
| Docket No: | MJ-32123-CR-0000190-2018 |
| Case Filed: | 11/14/2018 |
| Comp/CH #: | 20181026M5233 |
| OTN: | U 648201-1 |


X  Harry Maxwell

### Charge(s)

| | | |
|---|---|---|
| 18 § 4101 §§ A1 (Lead) | Forgery - Alter Writing | 2 counts |
| 18 § 4104 §§ A | Tamper Records Or Id-Writing | 2 counts |
| 25 § 3553 | Violations / Absentee Elector | 2 counts |

A Preliminary Arraignment has been scheduled for the above captioned case to be held on/at:

| | |
|---|---|
| Date: Monday, November 19, 2018 | Place: Courtroom: MDJ-32-1-23<br>100 Clifton Avenue<br>Collingdale, PA 19023<br>610-534-3443 |
| Time: 9:30 AM | |

At the preliminary arraignment, you will be given a copy of the criminal complaint that has been filed against you. In addition, you will be advised of your right to counsel, your right to a preliminary hearing, and the amount and types of bail available if your offense is a bailable offense.

At the preliminary arraignment, a date and time will be fixed for your preliminary hearing and you will be given a reasonable opportunity to post bail. If bail is not posted, you may be committed according to law.

If you have any questions, please call the above office immediately.

November 16, 2018
Date

The Honorable Gregory J. Loftus

If you are disabled and require a reasonable accommodation to gain access to the Magisterial District Court and its services, please contact the Magisterial District Court at the above address or telephone number. We are unable to provide transportation. You can make case payments online through Pennsylvania's Unified Judicial System web portal. Visit the portal at http://ujsportal.pacourts.us to make a payment.

MDJS 308
Printed 11/16/2018 2:02:09PM

1

FREE INTERPRETER
www.pacourts.us/language-rights
610-565-6990

COMMONWEALTH OF PENNSYLVANIA
COUNTY OF DELAWARE



# WAIVER OF PRELIMINARY HEARING

| | |
|---|---|
| Mag. Dist. No: | MDJ-32-1-23 |
| MDJ Name: | Honorable Gregory J. Loftus |
| Address: | 100 Clifton Avenue<br>Collingdale, PA 19023 |
| Telephone: | 610-534-3443 |

Court of Common Pleas - Delaware County
Delaware County Courthouse
201 West Front Street
Media, PA 19063

Commonwealth of Pennsylvania
v.
Harry Maxwell

Docket No: MJ-32123-CR-0000190-2018
Case Filed: 11/14/2018
OTN: U 648201-1

I, the undersigned, certify that I waive my right to a preliminary hearing. I understand that I have a right to this hearing, at which time I have the right to:
1. be represented by counsel,
2. cross-examine witnesses,
3. inspect physical evidence offered against me,
4. call witnesses on my own behalf, offer evidence on my own behalf, and testify,
5. make written notes of the proceedings or have my own counsel do so, and make a stenographic, mechanical, or electronic record of the proceedings.

I understand that if a prima facie case of guilt is not established against me at this hearing the charges against me would be dismissed.

I understand that when I am represented by counsel and I waive the right to preliminary hearing, I am thereafter precluded from raising challenges to the sufficiency of the prima facie case.

I understand that if the case is held for court and if I fail to appear without cause at any proceeding for which my presence is required, including trial, my absence may be deemed a waiver of my right to be present, and the proceeding, including the trial may be conducted in my absence.

☐ I have had a preliminary arraignment during which I was advised of my right to have a preliminary hearing and of my right to counsel.

☐ I have received a summons wherein I was advised of my right to have a preliminary hearing and of my right to counsel.

I knowingly, voluntarily, and intelligently make this waiver of my preliminary hearing.

Signed this 4th day of Dec, 2018

*Harry Maxwell*
(Defendant)

_____
(Attorney)

Attorney for Defendant (if any)
Attorney Jeffrey J. Sobel
Delaware CO Public Defender's Office
220 W. Jackson St
Media, PA 19063

I HAVE DETERMINED THAT THE DEFENDANT HAS MADE A KNOWING, VOLUNTARY, AND INTELLIGENT WAIVER OF HIS RIGHT TO A PRELIMINARY HEARING.

12-4-18
Date

_____
Magisterial District Judge



# COURT OF COMMON PLEAS OF DELAWARE COUNTY
## DOCKET



Docket Number: CP-23-CR-0007242-2018
## CRIMINAL DOCKET
Court Case

Commonwealth of Pennsylvania
v.
Harry Maxwell

Page 1 of 7

## CASE INFORMATION

**Judge Assigned:** Pagano, George A.     **Date Filed:** 12/10/2018     **Initiation Date:** 11/14/2018
**OTN:** U 648201-1     **LOTN:**     **Originating Docket No:** MJ-32123-CR-0000190-2018
**Initial Issuing Authority:** The Honorable Greg J. Loftus     **Final Issuing Authority:** The Honorable Greg J. Loftus
**Arresting Agency:** Delaware County C I D     **Arresting Officer:** Lythgoe, Robert T. Jr.
**Complaint/Incident #:** 20181026M5233
**Case Local Number Type(s)**     **Case Local Number(s)**

## STATUS INFORMATION

**Case Status:** Closed     **Arrest Date:** 10/24/2018

| Status Date | Processing Status |
|---|---|
| 02/08/2019 | Sentenced/Penalty Imposed |
| 02/08/2019 | Awaiting Sentencing |
| 01/11/2019 | Awaiting Trial Scheduling |
| 12/10/2018 | Awaiting Formal Arraignment |
| 12/10/2018 | Awaiting Filing of Information |

**Complaint Date:** 11/14/2018

## CALENDAR EVENTS

| Case Calendar Event Type | Schedule Start Date | Start Time | Room | Judge Name | Schedule Status |
|---|---|---|---|---|---|
| Formal Arraignment | 01/09/2019 | 8:00 am | | | Scheduled |
| Pre-Trial Conference | 02/05/2019 | 8:00 am | Courtroom 9 | Judge George A. Pagano | Scheduled |

## DEFENDANT INFORMATION

**Date Of Birth:** 08/08/1939     **City/State/Zip:** Collingdale, PA 19023

**Alias Name**
Maxwell, Harry Jr.
Maxwell, Harry S. Jr.
Maxwell, Harry Sandoe Jr.

## CASE PARTICIPANTS

| Participant Type | Name |
|---|---|
| Defendant | Maxwell, Harry |

## BAIL INFORMATION

**Maxwell, Harry**     **Nebbia Status:** None

| Bail Action | Date | Bail Type | Percentage | Amount | Bail Posting Status | Posting Date |
|---|---|---|---|---|---|---|
| Set | 11/19/2018 | Unsecured | | $20,000.00 | | |

Recent entries made in the court filing offices may not be immediately reflected on these docket sheets. Neither the courts of the Unified Judicial System of the Commonwealth of Pennsylvania nor the Administrative Office of Pennsylvania Courts assume any liability for inaccurate or delayed data, errors or omissions on these reports. Docket Sheet information should not be used in place of a criminal history background check which can only be provided by the Pennsylvania State Police. Moreover an employer who does not comply with the provisions of the Criminal History Record Information Act may be subject to civil liability as set forth in 18 Pa.C.S. Section 9183.


| | Commonwealth of Pennsylvania | |
|---|---|---|
| | v. | Page 2 of 7 |
| | Harry Maxwell | |

### CHARGES

| Seq. | Orig Seq. | Grade | Statute | Statute Description | Offense Dt. | OTN |
|---|---|---|---|---|---|---|
| 1 | 1 | M1 | 18 § 4101 §§ A1 | Forgery - Alter Writing | 10/24/2018 | U 648201-1 |
| 2 | 5 | M | 25 § 3553 | Violations / Absentee Elector | 10/24/2018 | U 648201-1 |
| 3 | 7 | M1 | 18 § 903 | Conspiracy - Forgery - Alter Writing | 10/24/2018 | U 648201-1 |
| 4 | 8 | M | 18 § 903 | Conspiracy - Violations / Absentee Elector | 10/24/2018 | U 648201-1 |
| 99,999 | 6 | M | 25 § 3553 | Violations / Absentee Elector | 10/24/2018 | U 648201-1 |
| 99,999 | 2 | M1 | 18 § 4101 §§ A1 | Forgery - Alter Writing | 10/24/2018 | U 648201-1 |
| 99,999 | 3 | M1 | 18 § 4104 §§ A | Tamper Records Or Id-Writing | 10/24/2018 | U 648201-1 |
| 99,999 | 4 | M1 | 18 § 4104 §§ A | Tamper Records Or Id-Writing | 10/24/2018 | U 648201-1 |

### DISPOSITION SENTENCING/PENALTIES

**Disposition**
  Case Event
    Sequence/Description
      Sentencing Judge
        Sentence/Diversion Program Type
          Sentence Conditions

Disposition Date
  Offense Disposition
    Sentence Date
      Incarceration/Diversionary Period

Final Disposition
  Grade    Section
    Credit For Time Served
      Start Date

**Waived for Court (Lower Court)**     Defendant Was Present

| Lower Court Disposition | | 12/04/2018 | | Not Final | |
|---|---|---|---|---|---|
| 1 / Forgery - Alter Writing | | Waived for Court (Lower Court) | | M1 | 18 § 4101 §§ A1 |
| 2 / Violations / Absentee Elector | | Waived for Court (Lower Court) | | M | 25 § 3553 |
| 99,999 / Forgery - Alter Writing | | Waived for Court (Lower Court) | | M1 | 18 § 4101 §§ A1 |
| 99,999 / Tamper Records Or Id-Writing | | Withdrawn (Lower Court) | | M1 | 18 § 4104 §§ A |
| 99,999 / Violations / Absentee Elector | | Waived for Court (Lower Court) | | M | 25 § 3553 |

**Proceed to Court**     Defendant Was Not Present

| Information Filed | | 01/09/2019 | | Not Final | |
|---|---|---|---|---|---|
| 1 / Forgery - Alter Writing | | Proceed to Court | | M1 | 18 § 4101 §§ A1 |
| 2 / Violations / Absentee Elector | | Proceed to Court | | M | 25 § 3553 |
| 3 / Conspiracy - Forgery - Alter Writing | | Proceed to Court | | M1 | 18 § 903 |
| 4 / Conspiracy - Violations / Absentee Elector | | Proceed to Court | | M | 18 § 903 |
| 99,999 / Forgery - Alter Writing | | Charge Changed | | M1 | 18 § 4101 §§ A1 |
| Replaced by 18 § 903, Conspiracy - Forgery - Alter Writing | | | | | |
| 99,999 / Tamper Records Or Id-Writing | | Disposed at Lower Court | | M1 | 18 § 4104 §§ A |
| 99,999 / Violations / Absentee Elector | | Charge Changed | | M | 25 § 3553 |
| Replaced by 18 § 903, Conspiracy - Violations / Absentee Elector | | | | | |

**Guilty Plea - Negotiated**

| Pre-Trial Conference | | 02/08/2019 | | Final Disposition | |
|---|---|---|---|---|---|
| 1 / Forgery - Alter Writing | | Guilty Plea - Negotiated | | M1 | 18 § 4101 §§ A1 |
| Pagano, George A. | | 02/08/2019 | | | |

CPCMS 9082                                                                                                                          Printed: 10/04/2020

Recent entries made in the court filing offices may not be immediately reflected on these docket sheets . Neither the courts of the Unified Judicial System of the Commonwealth of Pennsylvania nor the Administrative Office of Pennsylvania Courts assume any liability for inaccurate or delayed data, errors or omissions on these reports. Docket Sheet information should not be used in place of a criminal history background check which can only be provided by the Pennsylvania State Police. Moreover an employer who does not comply with the provisions of the Criminal History Record Information Act may be subject to civil liability as set forth in 18 Pa.C.S. Section 9183.

# COURT OF COMMON PLEAS OF DELAWARE COUNTY
## DOCKET



Docket Number: CP-23-CR-0007242-2018
### CRIMINAL DOCKET
Court Case

Page 3 of 7

Commonwealth of Pennsylvania
v.
Harry Maxwell

### DISPOSITION SENTENCING/PENALTIES

Disposition
Case Event | Disposition Date | Final Disposition
Sequence/Description | Offense Disposition | Grade | Section
Sentencing Judge | Sentence Date | Credit For Time Served
Sentence/Diversion Program Type | Incarceration/Diversionary Period | Start Date
Sentence Conditions

Probation — Max of 2.00 Years / 2 Years

Comply with rules and regulations governing Probation and or Parole

Comply with following directive(s) of Court: Non-Reporting Probation. Defendant not to register to vote for 4 years per Order entered into.
Pay fine(s) in the amount of $500.00

| | | | |
|---|---|---|---|
| 2 / Violations / Absentee Elector | Guilty Plea - Negotiated | M | 25 § 3553 |
| Pagano, George A. | 02/08/2019 | | |
| Probation | Max of 2.00 Years / 2 Years | | |
| 3 / Conspiracy - Forgery - Alter Writing | Guilty Plea - Negotiated | M1 | 18 § 903 |
| Pagano, George A. | 02/08/2019 | | |
| Probation | Max of 2.00 Years / 2 Years | | |
| 4 / Conspiracy - Violations / Absentee Elector | Guilty Plea - Negotiated | M | 18 § 903 |
| Pagano, George A. | 02/08/2019 | | |
| Probation | Max of 2.00 Years / 2 Years | | |
| 99,999 / Forgery - Alter Writing | Charge Changed | M1 | 18 § 4101 §§ A1 |
| Replaced by 18 § 903, Conspiracy - Forgery - Alter Writing | | | |
| Pagano, George A. | 02/08/2019 | | |
| 99,999 / Tamper Records Or Id-Writing | Disposed at Lower Court | M1 | 18 § 4104 §§ A |
| Pagano, George A. | 02/08/2019 | | |
| 99,999 / Violations / Absentee Elector | Charge Changed | M | 25 § 3553 |
| Replaced by 18 § 903, Conspiracy - Violations / Absentee Elector | | | |
| Pagano, George A. | 02/08/2019 | | |

Recent entries made in the court filing offices may not be immediately reflected on these docket sheets . Neither the courts of the Unified Judicial System of the Commonwealth of Pennsylvania nor the Administrative Office of Pennsylvania Courts assume any liability for inaccurate or delayed data, errors or omissions on these reports. Docket Sheet information should not be used in place of a criminal history background check which can only be provided by the Pennsylvania State Police. Moreover an employer who does not comply with the provisions of the Criminal History Record Information Act may be subject to civil liability as set forth in 18 Pa.C.S. Section 9183.

# COURT OF COMMON PLEAS OF DELAWARE COUNTY
**DOCKET**



Docket Number: CP-23-CR-0007242-2018
## CRIMINAL DOCKET
**Court Case**

Commonwealth of Pennsylvania
v.
Harry Maxwell

Page 4 of 7

**LINKED SENTENCES:**

**Link 1**
  CP-23-CR-0007242-2018 - Seq. No. 4 (25§ 3553 §§) - Probation is Concurrent with
  CP-23-CR-0007242-2018 - Seq. No. 1 (18§ 4101 §§ A1) - Probation

**Link 2**
  CP-23-CR-0007242-2018 - Seq. No. 4 (25§ 3553 §§) - Probation is Concurrent with
  CP-23-CR-0007242-2018 - Seq. No. 2 (25§ 3553 §§) - Probation

**Link 3**
  CP-23-CR-0007242-2018 - Seq. No. 4 (25§ 3553 §§) - Probation is Concurrent with
  CP-23-CR-0007242-2018 - Seq. No. 3 (18§ 4101 §§ A1) - Probation

**Link 4**
  CP-23-CR-0007242-2018 - Seq. No. 3 (18§ 4101 §§ A1) - Probation is Concurrent with
  CP-23-CR-0007242-2018 - Seq. No. 1 (18§ 4101 §§ A1) - Probation

**Link 5**
  CP-23-CR-0007242-2018 - Seq. No. 3 (18§ 4101 §§ A1) - Probation is Concurrent with
  CP-23-CR-0007242-2018 - Seq. No. 2 (25§ 3553 §§) - Probation

**Link 6**
  CP-23-CR-0007242-2018 - Seq. No. 2 (25§ 3553 §§) - Probation is Concurrent with
  CP-23-CR-0007242-2018 - Seq. No. 1 (18§ 4101 §§ A1) - Probation

Recent entries made in the court filing offices may not be immediately reflected on these docket sheets . Neither the courts of the Unified Judicial System of the Commonwealth of Pennsylvania nor the Administrative Office of Pennsylvania Courts assume any liability for inaccurate or delayed data, errors or omissions on these reports. Docket Sheet information should not be used in place of a criminal history background check which can only be provided by the Pennsylvania State Police. Moreover an employer who does not comply with the provisions of the Criminal History Record Information Act may be subject to civil liability as set forth in 18 Pa.C.S. Section 9183.

**COURT OF COMMON PLEAS OF DELAWARE COUNTY**
**DOCKET**



Docket Number: CP-23-CR-0007242-2018
**CRIMINAL DOCKET**
Court Case

Page 5 of 7

Commonwealth of Pennsylvania
v.
Harry Maxwell

| **COMMONWEALTH INFORMATION** | | **ATTORNEY INFORMATION** | |
|---|---|---|---|
| Name: | Sean Patrick McNabb | Name: | Denis E. Leonard III |
| | District Attorney | | Public Defender |
| Supreme Court No: | 312266 | Supreme Court No: | 089531 |
| Phone Number(s): | | Rep. Status: | Active |
| 610-891-6967 | (Phone) | Phone Number(s): | |
| Address: | | 610-891-4105 | (Phone) |
| 201 W Front St | | Address: | |
| Media, PA 19063 | | De Co Public Defender's Ofc | |
| | | 313 W Front St | |
| | | Media, PA 19063-2340 | |
| Name: | Delaware County District Attorney's Office | | |
| | Prosecutor | Representing: Maxwell, Harry | |
| Supreme Court No: | | | |
| Phone Number(s): | | | |
| 610-891-4168 | (Phone) | | |
| Address: | | | |
| Delaware County Courthouse | | | |
| 201 West Front Street | | | |
| Media, PA 19063 | | | |
| Name: | Katayoun M. Copeland | | |
| | District Attorney | | |
| Supreme Court No: | 067889 | | |
| Phone Number(s): | | | |
| 610-891-4168 | (Phone) | | |
| Address: | | | |
| Delaware County District Attorney's Office | | | |
| 201 W Front St | | | |
| Media, PA 19063 | | | |

**ENTRIES**

| Sequence Number | CP Filed Date | Document Date | Filed By |
|---|---|---|---|
| 1 | 11/19/2018 | | Loftus, Greg J. |
| Bail Set - Maxwell, Harry | | | |
| 2 | 11/19/2018 | | Delaware County Clerk of Courts |
| Costs Due Clerk of Courts Livescan | | | |
| 1 | 12/10/2018 | | Court of Common Pleas - Delaware County |
| Original Papers Received from Lower Court | | | |

Recent entries made in the court filing offices may not be immediately reflected on these docket sheets . Neither the courts of the Unified Judicial System of the Commonwealth of Pennsylvania nor the Administrative Office of Pennsylvania Courts assume any liability for inaccurate or delayed data, errors or omissions on these reports. Docket Sheet information should not be used in place of a criminal history background check which can only be provided by the Pennsylvania State Police. Moreover an employer who does not comply with the provisions of the Criminal History Record Information Act may be subject to civil liability as set forth in 18 Pa.C.S. Section 9183.

# COURT OF COMMON PLEAS OF DELAWARE COUNTY
## DOCKET



Docket Number: CP-23-CR-0007242-2018
### CRIMINAL DOCKET
Court Case

Commonwealth of Pennsylvania
v.
Harry Maxwell

Page 6 of 7

| | | ENTRIES | |
|---|---|---|---|
| Sequence Number | CP Filed Date | Document Date | Filed By |

| Sequence Number | CP Filed Date | Document Date | Filed By |
|---|---|---|---|
| 1 | 01/09/2019 | | Delaware County Court Administration |

PTC Scheduled for 2/5/19 @ 9:00 AM in Judge Pagano's CRTRM

| 2 | 01/09/2019 | | Copeland, Katayoun |
|---|---|---|---|

Information Filed

| 1 | 02/04/2019 | | Leonard, Denis E. III |
|---|---|---|---|

Entry of Appearance

| 1 | 02/08/2019 | | Pagano, George A. |
|---|---|---|---|

Guilty Plea - Negotiated

| 2 | 02/08/2019 | | Maxwell, Harry |
|---|---|---|---|

Guilty Plea Statement Filed

| 3 | 02/08/2019 | | Maxwell, Harry |
|---|---|---|---|

Statement of Post-Sentence Rights Filed

| 4 | 02/08/2019 | | Pagano, George A. |
|---|---|---|---|

Order - Sentence/Penalty Imposed

| 1 | 02/11/2019 | | Pagano, George A. |
|---|---|---|---|

Order - Send Certified Copy of this Order to Voter Registration Office for Delaware County PA
Leonard, Denis E. III
02/12/2019    Interoffice
McNabb, Sean Patrick
02/12/2019    Interoffice

| 2 | 02/11/2019 | | Pagano, George A. |
|---|---|---|---|

Guideline Sentence Form

| 1 | 02/28/2019 | | Court of Common Pleas - Delaware County |
|---|---|---|---|

Entry of Civil Judgment

CPCMS 9082                                                                                                                           Printed: 10/04/2020

Recent entries made in the court filing offices may not be immediately reflected on these docket sheets . Neither the courts of the Unified Judicial System of the Commonwealth of Pennsylvania nor the Administrative Office of Pennsylvania Courts assume any liability for inaccurate or delayed data, errors or omissions on these reports. Docket Sheet information should not be used in place of a criminal history background check which can only be provided by the Pennsylvania State Police. Moreover an employer who does not comply with the provisions of the Criminal History Record Information Act may be subject to civil liability as set forth in 18 Pa.C.S. Section 9183.

# COURT OF COMMON PLEAS OF DELAWARE COUNTY
**DOCKET**



Docket Number: CP-23-CR-0007242-2018
## CRIMINAL DOCKET
**Court Case**

Commonwealth of Pennsylvania
v.
Harry Maxwell

Page 7 of 7

## CASE FINANCIAL INFORMATION

| Last Payment Date: | | | | Total of Last Payment: | |
|---|---|---|---|---|---|
| **Maxwell, Harry**<br>Defendant | Assessment | Payments | Adjustments | Non Monetary Payments | Total |
| **Costs/Fees** | | | | | |
| CID (Delaware) | $300.00 | $0.00 | $0.00 | $0.00 | $300.00 |
| ATJ | $6.00 | $0.00 | $0.00 | $0.00 | $6.00 |
| CJES | $2.50 | $0.00 | $0.00 | $0.00 | $2.50 |
| Clerk of Courts - Misdemeanor (Delaware) | $241.00 | $0.00 | $0.00 | $0.00 | $241.00 |
| Commonwealth Cost - HB627 (Act 167 of 1992) | $10.55 | $0.00 | $0.00 | $0.00 | $10.55 |
| Costs of Prosecution - CJEA | $50.00 | $0.00 | $0.00 | $0.00 | $50.00 |
| County Court Cost (Act 204 of 1976) | $34.15 | $0.00 | $0.00 | $0.00 | $34.15 |
| Crime Victims Compensation (Act 96 of 1984) | $35.00 | $0.00 | $0.00 | $0.00 | $35.00 |
| Domestic Violence Compensation (Act 44 of 1988) | $10.00 | $0.00 | $0.00 | $0.00 | $10.00 |
| Firearm Education and Training Fund | $5.00 | $0.00 | $0.00 | $0.00 | $5.00 |
| JCPS | $21.25 | $0.00 | $0.00 | $0.00 | $21.25 |
| Judicial Computer Project | $8.00 | $0.00 | $0.00 | $0.00 | $8.00 |
| OAG - JCP | $2.50 | $0.00 | $0.00 | $0.00 | $2.50 |
| State Court Costs (Act 204 of 1976) | $12.30 | $0.00 | $0.00 | $0.00 | $12.30 |
| Victim Witness Service (Act 111 of 1998) | $25.00 | $0.00 | $0.00 | $0.00 | $25.00 |
| Automation OJS Fee (Delaware) | $5.00 | $0.00 | $0.00 | $0.00 | $5.00 |
| District Attorney (Delaware) | $100.00 | $0.00 | $0.00 | $0.00 | $100.00 |
| OSP (Delaware/State) (Act 35 of 1991) | $240.00 | $0.00 | $0.00 | $0.00 | $240.00 |
| OSP (Delaware/State) (Act 35 of 1991) | $240.00 | $0.00 | $0.00 | $0.00 | $240.00 |
| Sheriff (Delaware) | $40.00 | $0.00 | $0.00 | $0.00 | $40.00 |
| Costs/Fees Totals: | $1,388.25 | $0.00 | $0.00 | $0.00 | $1,388.25 |
| **Fines** | | | | | |
| Criminal Justice Enhancement (Act 30 of 2007) | $500.00 | $0.00 | $0.00 | $0.00 | $500.00 |
| Fines Totals: | $500.00 | $0.00 | $0.00 | $0.00 | $500.00 |
| Grand Totals: | $1,888.25 | $0.00 | $0.00 | $0.00 | $1,888.25 |

\*\* - Indicates assessment is subrogated

Recent entries made in the court filing offices may not be immediately reflected on these docket sheets . Neither the courts of the Unified Judicial System of the Commonwealth of Pennsylvania nor the Administrative Office of Pennsylvania Courts assume any liability for inaccurate or delayed data, errors or omissions on these reports. Docket Sheet information should not be used in place of a criminal history background check which can only be provided by the Pennsylvania State Police. Moreover an employer who does not comply with the provisions of the Criminal History Record Information Act may be subject to civil liability as set forth in 18 Pa.C.S. Section 9183.