# EXHIBIT 6

Exhibit 6

## LACKAWANNA COUNTY

**Councilman Admits to DUI, Forgery; Resigns**

TAYLOR — A borough councilman agreed to resign, right after entering surprise pleas in Lackawanna County court. Taylor councilman Eugene Gallagher pleaded...



Councilman Admits to DUI, Forgery; Resigns
Author: Dan Ratchford
Published: 3:36 PM EDT April 2, 2015/Updated: 8:41 PM EDT April 2, 2015

TAYLOR -- A borough councilman agreed to resign, right after entering surprise pleas in Lackawanna County court.

Taylor councilman Eugene Gallagher pleaded guilty Thursday to DUI and forgery.

Gallagher also pleaded guilty to a state election code violation for allegedly asking people to falsely fill out absentee ballots.

Because of that admission, he can never hold elected office again.