# EXHIBIT 8

Exhibit 8

We're pink for Breast Cancer Awareness Month!

 

Sections  Digital Editions  Podcasts  Jobs  metroBET  metroPLAY  Games

Crime

# Philly election officials plead guilty

Sam Newhouse  0 comments  Poste



Robin Trainor, left, and Cheryl Jamison aka Cheryl Ali. A mugshot of third defendant

Facebook  Twitter  More



Three women charged with fraud while working at Philadelphia election during recent May primaries have pleaded guilty to criminal charges.

Robin Trainor, 56, Lisandra Casanova, 57, and Cheryl Jamison (also known Ali), 57, were each sentenced to a year of probation after pleading guilty Wednesday to misdemeanor charges of election code violations, the Da reported.



### Ecolite Bubble Mailer, Kraft, #3,...

**$35.99**

Ecolite Bubble Mailer, Kraft, #3, 8.5" x 14.5", 100/CT

W.B. Mason

**RELATED:** *D.A. charges three election workers with voter fro*

D.A. Seth Williams' Election Fraud Task Force announced charges agai women in June.

Trainor admitted that while serving as judge of a polling place at Castor Cayuga Street, she went into the voting booth with her husband and told vote for during the May primary.

She then cast a vote in the name of her son, who was absent, all without from Murtaugh, the minority elections inspector at the polling place and the above acts.

Trainor also was not allowed to be a judge because she was a public em

### Ecolite Bubble Mailer, Kraft, #3,...



**$35.99**

Ecolite Bubble Mailer, Kraft, #3, 8.5" x 14.5", 100/CT

W.B. Mason

Jamison was charged over a May 2014 incident in which she admitted to for her mother, who was ill. Ali was working as a voting machine inspec 36th Ward, Division 8 polling place in Point Breeze. Ali also reportedly in the region of that division.

The three pleaded guilty under an agreement with prosecutors that saw against them dropped from felony to misdemeanor charges.

Facebook    Twitter    More

## Popular in the Community



AdChoices  Sponsored

## Conversation

Your Username                    Lo

Your Username

Be the first to comment...

Powered by OpenWeb                Terms | Privacy | Feed

# Related Articles



2016 seriously sucked for Philly, and here's 9 reasons why



D.A. charges three election workers with voter


fraud


Williams announces plan to remove police chief if elected


The Short Answer: How to keep those finicky Millennials in town?

# More from our Sister Sites



**Caribbean Life**

Juneteenth becomes official public holiday in NYS



**AMNY**

NFL Rumors: Former Jets RB Le'Veon Bell between Dolphins, Bills, Chiefs



**Schneps Podcasts**

**Compass Agent Joseph Martinez Drills Down on Fixer-Upper vs. Turnkey**



**Gay City News**

**Jumaane Williams Declares "State of Crisis" in Anti-Trans Violence**

# Get the Ultimate Philly Newsletter

Sign up for our daily news explosion.

Enter Email

Zip

SUBSCRIBE

Newsletter     Digital Editions     Contact Us     Networking Events

© 2020 Schneps Media     Privacy Policy     Terms of Use