FILED
HARRISBURG, PA
OCT 16 2020
PER _____
DEPUTY CLERK

# UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Public Interest Legal Foundation,<br><br>*Plaintiff,*<br><br>v.<br><br>Kathy Boockvar, Secretary of the Commonwealth of Pennsylvania, in her official capacity.<br><br>*Defendant.* | Civ. No. 1:20-cv-01905-JEJ |

## PUBLIC INTEREST LEGAL FOUNDATION'S MOTION FOR LEAVE TO FILE EXHIBIT 4 AND EXHIBIT 5 TO THE COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF UNDER SEAL

Public Interest Legal Foundation ("the Foundation") respectfully moves the Court for leave to file Exhibit 4 and Exhibit 5 to the Complaint for Declaratory and Injunctive Relief, under seal. The grounds for the Foundation's Motion are fully set forth in the accompanying Statement of Legal and Factual Justification, incorporated herein by reference.

Dated: October 16, 2020

Respectfully submitted,

For the Plaintiff:

*/s/ [signature]*

1

Law Offices of Linda A. Kerns, L.L.C.
1420 Locust St., Ste. 200
Philadelphia, PA 19102
Tel: (215) 731-1400
Fax: (215) 701-4154
linda@lindakernslaw.com

Sue Becker (MO 64721)*
PUBLIC INTEREST LEGAL FOUNDATION
32 E. Washington Street, Suite 1675
Indianapolis, IN 46204
Tel: (317) 203-5599
Fax: (888) 815-5641
sbecker@publicinterestlegal.org

John Eastman (CA 193726)*
Center for Constitutional Jurisprudence
c/o Chapman Univ. Fowler Sch. of Law
One University Dr.
Orange, CA 92866
Tel: (877) 855-3330
Fax: (316) 264-1518
jeastman@chapman.edu

Bradley J. Schlozman (KS 17621)*
HINKLE LAW FIRM
1617 N. Waterfront Parkway, Ste. 400
Wichita, KS  67206-6639
Tel: (316) 267-2000
Fax: (316) 264-1518
bschlozman@hinklaw.com

*Applications for Admission Forthcoming

## CERTIFICATE OF SERVICE

I hereby certify that on this day, October 16, 2020, a copy of the foregoing was filed by paper over the counter. Notice of this filing will be sent to the Defendant when original service of process is achieved.

_____
Attorney for Plaintiff