# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| THE PUBLIC INTEREST LEGAL FOUNDATION, | : : : | |
| Plaintiff, | : : | |
| v. | : : | NO. 1:20-cv-01905 |
| KATHY BOOCKVAR, in her official capacity, | : : : | CHIEF JUDGE JONES |
| | : | ELECTRONICALLY FILED |
| Defendant. | : | |

## ENTRY OF APPEARANCE

Kindly enter our appearance on behalf of Defendant Kathy Boockvar in the above-captioned matter.

                                         Respectfully submitted,

                                         /s/ Daniel T. Brier
                                         Daniel T. Brier (PA ID 53248)
                                         dbrier@mbklaw.com
                                         Donna A. Walsh (PA ID 74833)
                                         dwalsh@mbklaw.com
                                         John B. Dempsey (PA ID 88017)
                                         jdempsey@mbklaw.com
                                         Suzanne P. Scanlon (PA ID 314036)
                                         sscanlon@mbklaw.com

Myers, Brier & Kelly, LLP           Richard L. Armezzani (PA ID 322804)
425 Spruce Street, Suite 200        rarmezzani@mbklaw.com
Scranton, PA 18503
(570) 342-6100

Dated: October 16, 2020

## **CERTIFICATE OF SERVICE**

I, Daniel T. Brier, hereby certify that a true and correct copy of the foregoing Entry of Appearance was served upon the following counsel of record via the Court's ECF system on this 16th day of October 2020:

>Linda A. Kerns, Esquire
>Law Offices of Linda A. Kerns, L.L.C.
>1420 Locust St., Ste. 200
>Philadelphia, PA 19102
>
>Sue Becker, Esquire
>Public Interest Legal Foundation
>32 E. Washington Street, Suite 1675
>Indianapolis, IN 46204
>
>John Eastman, Esquire
>Center for Constitutional Jurisprudence
>c/o Chapman University Fowler School of Law
>One University Drive
>Orange, CA 92866
>
>Bradley J. Scholzman, Esquire
>Hinkle Law Firm
>1617 N. Waterfront Parkway, Ste. 400
>Witchita, KS 67206-6639

/s/ Daniel T. Brier