# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| PUBLIC INTEREST LEGAL FOUNDATION, | : | 1:20-cv-1905 |
| Plaintiff, | : | |
| | : | |
| v. | : | Hon. John E. Jones III |
| | : | |
| KATHY BOOCKVAR, *Secretary of the* | : | |
| *Commonwealth of Pennsylvania, in her* | : | |
| *official capacity* | : | |
| Defendant. | : | |

## ORDER

### October 16, 2020

We are in receipt of Plaintiff's Motion for Preliminary Injunction, (Doc. 4), and shall schedule a hearing and argument in this matter for **Monday, October 19, 2020 at 1:30 p.m.** This hearing shall be conducted via Web-Ex, and this Court's Deputy Clerk shall provide counsel for the parties and any witnesses they have identified to the Court with an email invitation prior to the scheduled time for the hearing.

s/ John E. Jones III
John E. Jones III, Chief Judge
United States District Court
Middle District of Pennsylvania
