# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| THE PUBLIC INTEREST LEGAL FOUNDATION, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | NO. 1:20-cv-01905 |
| | : | |
| KATHY BOOCKVAR, in her official capacity, | : | CHIEF JUDGE JONES |
| | : | |
| | : | ELECTRONICALLY FILED |
| Defendant. | : | |

## ENTRY OF APPEARANCE

Kindly enter our appearance on behalf of Defendant Kathy Boockvar in the above-captioned matter.

Respectfully submitted,

/s/ Daniel T. Brier
Daniel T. Brier (PA ID 53248)
dbrier@mbklaw.com
Donna A. Walsh (PA ID 74833)
dwalsh@mbklaw.com
John B. Dempsey (PA ID 88017)
jdempsey@mbklaw.com
Suzanne P. Scanlon (PA ID 314036)
sscanlon@mbklaw.com
Richard L. Armezzani (PA ID 322804)
rarmezzani@mbklaw.com

Myers, Brier & Kelly, LLP
425 Spruce Street, Suite 200
Scranton, PA 18503
(570) 342-6100

Dated:  October 16, 2020

## **CERTIFICATE OF SERVICE**

I, Daniel T. Brier, hereby certify that a true and correct copy of the foregoing Entry of Appearance was served upon the following counsel of record via the Court's ECF system on this 16th day of October 2020:

Linda A. Kerns, Esquire
Law Offices of Linda A. Kerns, L.L.C.
1420 Locust St., Ste. 200
Philadelphia, PA 19102

Sue Becker, Esquire
Public Interest Legal Foundation
32 E. Washington Street, Suite 1675
Indianapolis, IN 46204

John Eastman, Esquire
Center for Constitutional Jurisprudence
c/o Chapman University Fowler School of Law
One University Drive
Orange, CA 92866

Bradley J. Scholzman, Esquire
Hinkle Law Firm
1617 N. Waterfront Parkway, Ste. 400
Witchita, KS 67206-6639

/s/ Daniel T. Brier