# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| THE PUBLIC INTEREST LEGAL FOUNDATION    Plaintiff | : : : | |
| | : | No. 1:20-cv-01995 |
| v. | : : | |
| | : | Chief Judge Jones |
| | : | |
| KATHY BOOCKVAR, in her official capacity, | : : : | Electronically Filed Document |
| Defendant | : : | |

## ENTRY OF APPEARANCE

Kindly enter my appearance on behalf of Defendant Kathy Boockvar in the above-captioned matter.

                                                            Respectfully submitted,

                                                            JOSH SHAPIRO
                                                            Attorney General

                                          By:   *s/ Stephen Moniak*
                                                            STEPHEN MONIAK

**Office of Attorney General**          Senior Deputy Attorney General
**15th Floor, Strawberry Square**    Attorney ID 80035
**Harrisburg, PA 17120**
**Phone: (717) 705-2277**           KAREN M. ROMANO
                                         Chief Senior Deputy Attorney General
[smoniak@attorneygeneral.gov](mailto:smoniak@attorneygeneral.gov)    Civil Litigation Section

**Date: October 18, 2020**           Counsel for Defendant Kathy
                                         Boockvar, in her official capacity

## **CERTIFICATE OF SERVICE**

I, Stephen Moniak, Senior Deputy Attorney General for the Commonwealth of Pennsylvania, Office of Attorney General, hereby certify that on October 18, 2020, I caused to be served a true and correct copy of the foregoing document titled Entry of Appearance to the following via the Court's ECF system:

Linda A. Kerns
Law Offices of Linda A. Kerns, L.L.C.
1420 Locust St., Ste. 200
Philadelphia, PA 19102

Sue Becker
Public Interest Legal Foundation
32 E. Washington Street, Suite 1675
Indianapolis, IN 46204

John Eastman
Center for Constitutional Jurisprudence
c/o Chapman University Fowler
School of Law
One University Drive
Orange, CA 92866

Bradley J. Scholzman
Hinkle Law Firm
1617 N. Waterfront Parkway, Ste. 400
Witchita, KS 67206-6639

Daniel T. Brier
Donna A. Walsh
John B. Dempsey
Suzanne P. Scanlon
Richard L. Armezzani
Myers, Brier & Kelly, LLP
425 Spruce Street

Scranton, PA 18503

                                         *s/ Stephen Moniak*
                                         **STEPHEN MONIAK**
                                         Senior Deputy Attorney General