# UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Public Interest Legal Foundation, *Plaintiff*, v. Kathy Boockvar, Secretary of the Commonwealth of Pennsylvania, in her official capacity. *Defendant*. | Civ. No. 1:20-cv-01905-JEJ |

## ORDER

AND NOW, this 19th day of October 2020, upon consideration of the Public Interest Legal Foundation's Motion for Leave to File Exhibits Under Seal, it is hereby ORDERED that the Motion is GRANTED. Public Interest Legal Foundation is given leave to file Exhibit 4 and Exhibit 5 to the Complaint for Declaratory and Injunctive Relief UNDER SEAL.

BY THE COURT:

_____, U.S.D.J.