# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| THE PUBLIC INTEREST LEGAL FOUNDATION, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | NO. 1:20-cv-01905 |
| | : | |
| KATHY BOOCKVAR, in her official capacity, | : | CHIEF JUDGE JONES |
| | : | |
| | : | ELECTRONICALLY FILED |
| Defendant. | : | |

## MOTION TO STRIKE EXPERT REPORT AND PRECLUDE TESTIMONY OF KENNETH J. BLOCK

Secretary of the Commonwealth Kathy Boockvar, by and through her undersigned counsel, hereby moves to strike the expert report of Kenneth J. Block and preclude his anticipated testimony. The grounds supporting this motion are set forth in the supporting memorandum of law, which is being filed simultaneously herewith.

Respectfully submitted,

/s/ Daniel T. Brier
Daniel T. Brier
Donna A. Walsh
John B. Dempsey
Suzanne P. Scanlon
Richard L. Armezzani

Attorneys for Defendant Kathy
Boockvar, Secretary of the
Commonwealth of Pennsylvania

Myers, Brier & Kelly, LLP
425 Spruce Street, Suite 200
Scranton, PA 18503
(570) 342-6100

Dated:  October 19, 2020

## **CERTIFICATE OF NON-CONCURRENCE**

I, Daniel T. Brier, hereby certify that concurrence was sought from Plaintiff's counsel, Linda Kerns, Esquire, in relation to this Motion. Ms. Kerns does not concur.

 /s/ Daniel T. Brier
Daniel T. Brier

Date:  October 19, 2020

## CERTIFICATE OF SERVICE

I, Daniel T. Brier, hereby certify that, on October 19, 2020, I filed the foregoing document with the Clerk of the Court via the CM/ECF system, which will send notification of such filing to all counsel of record who are deemed to have consented to electronic service.

/s/ Daniel T. Brier
Daniel T. Brier
