IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| THE PUBLIC INTEREST LEGAL FOUNDATION, | : : : | |
| **Plaintiff,** | : : | |
| v. | : : | NO. 1:20-cv-01905 |
| KATHY BOOCKVAR, in her official capacity, | : : : | CHIEF JUDGE JONES |
| | : : | ELECTRONICALLY FILED |
| **Defendant.** | : | |

## ORDER

AND NOW, this _____ day of October 2020, upon consideration of Secretary of the Commonwealth Kathy Boockvar's Motion to Strike Expert Report and Preclude Testimony of Kenneth J. Block, IT IS HEREBY ORDERED THAT the Motion is GRANTED. The Block Report is stricken from consideration and Kenneth J. Block's testimony is precluded.

_____
John E. Jones III, Chief Judge
United States District Court
Middle District of Pennsylvania