# Exhibit B

## Dan Brier

| | |
|---|---|
| From: | Dan Brier |
| Sent: | Saturday, October 17, 2020 4:26 PM |
| To: | Linda A. Kerns |
| Cc: | Donna Walsh; John B. Dempsey |
| Subject: | Re: PILF v. Boockvar (MD of PA 20-CV-01905) |

Linda – Following up on our call last night and my email below, I have not received a link to the data referenced as exhibits 4 and 5 in the Complaint.

Further, since we spoke last night, I have reviewed Mr. Block's declaration. In it, he indicates that the underlying "data matching analysis" used to produce the lists of alleged deceased voter registrants was performed by a "commercial database processor." To the extent that PILF intends to present or rely upon Mr. Block's declaration or testimony on Monday, please also immediately provide (1) all data (in the format that it was provided) and other materials provided to this "commercial database processor," (2) any and all communications between Mr. Block or PILF and the "commercial database processor" related to the Pennsylvania data analyses referenced in the Complaint, (3) any and all source materials relied upon by the "commercial database processor" in reaching his/her conclusions, and (4) a forensically sound copy of the data sets that the "commercial database processor" delivered to Mr. Block for his review.

Given the extensive role which the "commercial database processor" played in preparing and providing information that purportedly supports Mr. Block's analysis, production of this material is required under the rules of civil procedure. *See, e.g., Derrickson v. Circuit City Stores, Inc.*, No. DKC 95-3296, 1999 WL 1456438, at *8 (D.Md. Mar. 19, 1999) (requiring disclosure of underlying data that was subjected to various selection, aggregation and weighting processes by expert's assistant); *In re Sabine Oil & Gas Corp.*, 555 B.R. 180 (Bankr. S.D.N.Y. 2016)(noting that an expert must provide "exactly what numbers" and methodology were used).

Please let me know when we can expect to receive this data.

Finally, please provide the expert disclosures required by the Federal Rules, including a list of the cases in which Mr. Block has testified as an expert at trial or by deposition in the last 4 years and a list of all publications that he authored in the last 10 years. *See* Fed. R. Civ. P. 26(a)(2)(B)(i)-(v).

Thanks -
Dan

**From:** Dan Brier <dbrier@mbklaw.com>
**Date:** Friday, October 16, 2020 at 7:31 PM
**To:** "Linda A. Kerns" <linda@lindakernslaw.com>
**Cc:** Donna Walsh <dwalsh@mbklaw.com>, John Dempsey <jdempsey@mbklaw.com>
**Subject:** PILF v. Boockvar (MD of PA 20-CV-01905)

Linda – Thank you for the call tonight.

When you send the data referenced as exhibits 4 and 5 in the Complaint, please include the unique voter identification number for each individual.

In addition, please send me the "additional data" referenced in paragraph 17 of the complaint.

Thanks
Dan



**Daniel T. Brier**
Myers, Brier & Kelly, LLP
425 Spruce Street, Suite 200
Scranton, PA  18503
Phone:  (570) 342-6100
Fax:      (570) 342-6147
dbrier@mbklaw.com

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

This electronic mail transmission is a privileged attorney-client communication and is intended solely for the addressee(s) named above. If you are not an addressee, or responsible for delivering this transmission to an addressee, you have received this transmission in error and you are strictly prohibited from reading or disclosing it. The information contained in this transmission is highly confidential and may be subject to legally enforceable privileges. Unless you are an addressee, or associated with an addressee for delivery purposes, you may violate these privileges and subject yourself to liability if you do anything with this transmission other than immediately contacting us by telephone at 570.342.6100 and delete this transmission.