**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**

IN THE MATTER OF APPLICATION FOR :
ADMISSION TO PRACTICE IN THIS COURT :

**PETITION**

I, Sue Becker _____, hereby petition the United States District Court for the Middle District of Pennsylvania to admit me to practice before that Court. In support of my petition, I state as follows:

My office address is: 32 E. Washington St., Ste. 1675, Indianapolis, IN 46204

Office Telephone: 317-203-5599 x 101

I was admitted to practice before the Courts listed below on the date shown after the name of each Court, and I am currently a member in good standing of all those Courts.
Missouri Bar- 9/19/2012, USDC Western D of Missouri- 9/19/2012

My attorney Identification number is: 64721

| FOR COURT USE ONLY | |
|---|---|
| ____ GENERAL ADMISSION: | |
| GRANTED BY THE COURT: _____ | Date: _____ |
| ✓ SPECIAL ADMISSION: | |
| GRANTED BY THE COURT [signature] | Date: 10-19-20 |

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

IN THE MATTER OF APPLICATION FOR :
ADMISSION TO PRACTICE IN THIS COURT :

## PETITION

I __John C. Eastman__, hereby petition the United States District Court for the Middle District of Pennsylvania to admit me to practice before that Court. In support of my petition, I state as follows:

My office address is: Center for Constitutional Jurisprudence c/ Chapman U. Fowler School of Law, One University Dr., Orange, CA 92866

Office Telephone: 877-855-3330 x 2

I was admitted to practice before the Courts listed below on the date shown after the name of each Court, and I am currently a member in good standing of all those Courts.

Supreme Court of the United States, 12/1/2003; Sup. Ct of CA, 12/15/1997; D.C. Cir. CA, 7/3/2019;

1st Cir. CA 12/20/10; 2d Cir. CA 5/8/12; 3d Cir. CA 4/19/17; 6th Cir. CA 3/1/01; 8th Cir. CA 9/24/18;

9th Cir. CA 9/1/00; 10th Cir. CA 6/2003; 11th Cir. CA 3/21/03

My attorney Identification number is: 193726 CA

---

**FOR COURT USE ONLY**

____ GENERAL ADMISSION:

GRANTED BY THE COURT: _____   Date: _____

✓ SPECIAL ADMISSION:

GRANTED BY THE COURT _[signature]_   Date: __10-19-2__

**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**

IN THE MATTER OF APPLICATION FOR       :
ADMISSION TO PRACTICE IN THIS COURT  :

## PETITION

I __Bradley J. Schlozman_____, hereby petition the United States District Court for the Middle District of Pennsylvania to admit me to practice before that Court. In support of my petition, I state as follows:

My office address is:     __Hinkle Law Firm, 1617 N. Waterfront Pkwy, Ste. 400__

__Wichita, KS  67206-6639__

Office Telephone:     __316-267-2000__

I was admitted to practice before the Courts listed below on the date shown after the name of each Court, and I am currently a member in good standing of all those Courts.
__KS Supreme Ct  9/27/96; MO Supreme Ct 10/10/97;  USDC D. KS 9/27/96; USDC ED MO 8/28/__18;

__US CA  1st Cir 6/6/02; US CA   4th Cir. 6/6/00; US CA 5th Cir 12/24/14; US CA 8th Cir 3/21/01__;

__US CA 9th Cir 1/23/01; US CA 10th Cir 11/17/98; US CA 11th Cir 12/4/14; Ct of Int'l Trade 2/26/01__

My attorney Identification number is: __17621 KS__

| FOR COURT USE ONLY |  |
|---|---|
| _____ GENERAL ADMISSION: |  |
| GRANTED BY THE COURT: _____ | Date: _____ |
| ✓  SPECIAL ADMISSION: |  |
| GRANTED BY THE COURT [signature] | Date: 10-19-20 |