IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| THE PUBLIC INTEREST LEGAL FOUNDATION   Plaintiff | : : | |
| | : | No. 1:20-cv-01905 |
| v. | : : | |
| | : | Chief Judge Jones |
| | : | |
| KATHY BOOCKVAR, in her official capacity, | : : | Electronically Filed Document |
| | : | |
| Defendant | : | |

## MOTION FOR LEAVE TO WITHDRAW APPEARANCE

1. On October 18, 2020, the undersigned, Stephen Moniak, Senior Deputy Attorney General, entered his appearance for Defendant Kathy Boockvar. Doc. 18.

2. Previously, on October 16, 2020, Daniel T. Brier, Donna A. Walsh, John B. Dempsey, Suzanne Conaboy, and Richard L. Armezzani entered their appearances for Defendant Kathy Boockvar. Doc. 10-11, 13-15.

3. The undersigned seeks to withdraw his appearance with Attorneys Brier, Walsh, Dempsey, Conaboy and Armezzani continuing to represent Defendant Kathy Boockvar in this action.

4. Pursuant to Local Rule 83.15, leave of court is respectfully requested to withdraw as counsel.

WHEREFORE, Stephen Moniak, Senior Deputy Attorney General, requests leave of court to withdraw his appearance as counsel for Defendant Kathy Boockvar in the above-captioned action.

                                                    **Respectfully submitted,**

                                                    **JOSH SHAPIRO**
                                                    **Attorney General**

                                        **By:**  *s/ Stephen Moniak*
                                                    **STEPHEN MONIAK**

| | |
|---|---|
| **Office of Attorney General**<br>**15th Floor, Strawberry Square**<br>**Harrisburg, PA 17120**<br>**Phone: (717) 705-2277**<br><br>smoniak@attorneygeneral.gov<br><br>**Date:  October 19, 2020** | **Senior Deputy Attorney General**<br>**Attorney ID 80035**<br><br>**KAREN M. ROMANO**<br>**Chief Senior Deputy Attorney General**<br>**Civil Litigation Section**<br><br>**Counsel for Defendant Kathy**<br>**Boockvar, in her official capacity** |

# **CERTIFICATE OF SERVICE**

I, Stephen Moniak, Senior Deputy Attorney General for the Commonwealth of Pennsylvania, Office of Attorney General, hereby certify that on October 19, 2020, I caused to be served a true and correct copy of the foregoing Motion to Withdraw as Counsel to the following via the Court's ECF system:

Linda A. Kerns
Law Offices of Linda A. Kerns, L.L.C.
1420 Locust St., Ste. 200
Philadelphia, PA 19102

Sue Becker
Public Interest Legal Foundation
32 E. Washington Street, Suite 1675
Indianapolis, IN 46204

John Eastman
Center for Constitutional Jurisprudence
c/o Chapman University Fowler
School of Law
One University Drive
Orange, CA 92866

Bradley J. Scholzman
Hinkle Law Firm
1617 N. Waterfront Parkway, Ste. 400
Witchita, KS 67206-6639

Daniel T. Brier
Donna A. Walsh
John B. Dempsey
Suzanne P. Scanlon
Richard L. Armezzani
Myers, Brier & Kelly, LLP
425 Spruce Street

Scranton, PA 18503

                                         *s/ Stephen Moniak*
                                         **STEPHEN MONIAK**
                                         Senior Deputy Attorney General