IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **THE PUBLIC INTEREST LEGAL FOUNDATION**    **Plaintiff** | : | |
| | : | No. 1:20-cv-01905 |
| v. | : | |
| | : | |
| **KATHY BOOCKVAR, in her official capacity,** | : | |
| | : | |
| **Defendant** | : | |

## ORDER

AND NOW, this _____ day of October, 2020, upon consideration of the within Motion to Withdraw as Counsel, it is hereby ORDERED the motion is GRANTED. The appearance of Stephen Moniak, Senior Deputy Attorney General, for Defendant Kathy Boockvar is hereby withdrawn.

_____
John E. Jones, III, Chief Judge
United States District Court
Middle District of Pennsylvania