UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** : | |
| : | |
| **Plaintiff,** : | |
| : | |
| v. : | |
| : | NO. 05-CV-1809 |
| **ROBERT E. JOHNSON, SHARON C.** : | |
| **JOHNSON, SAVE OUR SIGHT** : | JUDGE KANE |
| **FOUNDATION, INC., CANCER** : | |
| **FOUNDATION FOR MELANOMA RESEARCH,** : | |
| **INC., OPPORTUNITIES FOR THE** : | |
| **BLIND, INC.,** : | |
| **Defendants.** : | |

**ORDER**

AND NOW, this 20th day of December, 2005, upon consideration of Defendants' Uncontested Motion for Enlargement of Time to File Memorandum in Support of Motion to Dismiss Plaintiff's Complaint, IT IS HEREBY ORDERED THAT the motion is granted and the deadline for Defendants to file their supporting memorandum is extended to January 19, 2006.

s/ Yvette Kane
J.