## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| PUBLIC INTEREST LEGAL FOUNDATION, <br> Plaintiff, | : <br> : <br> : | 1:20-cv-1905 |
| v. | : <br> : | Hon. John E. Jones III |
| KATHY BOOCKVAR, *Secretary of the Commonwealth of Pennsylvania, in her official capacity* <br> Defendant. | : <br> : <br> : <br> : | |

## ORDER
### October 19, 2020

In full consideration of the parties' filings and arguments advanced at the hearing conducted on this date, we now order the following:

1. Plaintiff's Motion for Preliminary Injunction, (Doc. 4), is **DENIED.** A memorandum opinion detailing our reasoning will follow.

2. In consideration thereof, there is no need to hear testimony and we will **ADJOURN** today's proceedings and **CLOSE** the record with respect to the said Motion.

3. Defendant's Motion to Strike Expert Report and Preclude Testimony of Kenneth J. Block, (Doc. 22), is **DISMISSED AS MOOT.**

s/ John E. Jones III
John E. Jones III
Chief Judge
United States District Court
Middle District of Pennsylvania
