# EXHIBIT 3

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at *www.usps.com®*.

Harrisburg, PA 17120    OFFICIAL USE

| | |
|---|---|
| Certified Mail Fee $3.55 | 0815 08 |
| Extra Services & Fees (check box, add fee as appropriate) | |
| ☐ Return Receipt (hardcopy) $ $1.70 | |
| ☐ Return Receipt (electronic) $ $0.00 | Postmark Here |
| ☐ Certified Mail Restricted Delivery $ $0.00 | |
| ☐ Adult Signature Required $ $0.00 | |
| ☐ Adult Signature Restricted Delivery $ | |
| Postage $0.55 | |
| Total Postage and Fees $5.80 | 09/18/2020 |

7019 2970 0000 9747 1623

Sent To Honorable Kathy Boockvar
Street and Apt. No., or PO Box No. 302 North Office Building 401 North Street
City, State, ZIP+4® Harrisburg, PA 17120

PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

# USPS Tracking®

Track Another Package +



Track Packages Anytime, Anywhere

Get the free Informed automated notificati

**Tracking Number:** 70192970000097471623

Your item has been delivered and is available at a PO Box at 7:48 am on September 25, 2020 in HARRISBURG, PA 17106.

**Status**



Delivered

September 25, 2020 at 7:48 am
Delivered, PO Box
HARRISBURG, PA 17106

**Get Updates** ∨