# EXHIBIT 4

# CONFIDENTIAL DATA PREVIOUSLY FILED UNDER SEAL AS EXHIBIT 4 TO ORIGINAL COMPLAINT