# EXHIBIT 5

# CONFIDENTIAL DATA PREVIOUSLY FILED UNDER SEAL AS EXHIBIT 5 TO ORIGINAL COMPLAINT