IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| THE PUBLIC INTEREST LEGAL FOUNDATION, | : NO. 1:20-cv-01905 |
| Plaintiff, | : |
| | : CHIEF JUDGE JONES |
| v. | : |
| KATHY BOOCKVAR, in her official capacity, | : ELECTRONICALLY FILED |
| Defendant. | : |

## MOTION OF DEFENDANT KATHY BOOCKVAR TO DISMISS FIRST AMENDED COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF

Pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, Defendant Kathy Boockvar (the "Secretary"), by and through her undersigned counsel, hereby moves for dismissal of Plaintiff Public Interest Legal Foundation's ("PILF") First Amended Complaint for Declaratory and Injunctive Relief. The grounds supporting this motion will be set forth in Secretary Boockvar's

supporting memorandum which will be filed within 14 days pursuant to Rule 7.5 of the Local Rules of Court.

          Respectfully submitted,

          /s/ Donna A. Walsh
          Daniel T. Brier
          Donna A. Walsh
          John B. Dempsey
          Suzanne P. Conaboy
          Richard L. Armezzani

Myers, Brier & Kelly, LLP
425 Spruce Street, Suite 200
Scranton, PA 18503
(570) 342-6100

Dated: November 19, 2020

## CERTIFICATE OF NON-CONCURRENCE

I, Donna A. Walsh, hereby certify that I sought the concurrence of counsel for Plaintiff, Linda A. Kerns, in this Motion. I was unable to reach Ms. Kerns. Based on the nature of the motion it is assumed that Ms. Kerns does not concur in this Motion.

/s/ Donna A. Walsh

Date: November 19, 2020

## CERTIFICATE OF SERVICE

I, Donna A. Walsh, hereby certify that a true and correct copy of the foregoing Motion To Dismiss First Amended Complaint for Declaratory and Injunctive Relief was served upon the following counsel of record via the Court's ECF system on this 19th day of November 2020:

>Linda A. Kerns, Esquire
>Law Offices of Linda A. Kerns, L.L.C.
>1420 Locust St., Ste. 200
>Philadelphia, PA 19102
>
>Sue Becker, Esquire
>Public Interest Legal Foundation
>32 E. Washington Street, Suite 1675
>Indianapolis, IN 46204
>
>John Eastman, Esquire
>Center for Constitutional Jurisprudence
>c/o Chapman University Fowler School of Law
>One University Drive
>Orange, CA 92866
>
>Bradley J. Scholzman, Esquire
>Hinkle Law Firm
>1617 N. Waterfront Parkway, Ste. 400
>Witchita, KS 67206-6639

/s/ Donna A. Walsh