# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| THE PUBLIC INTEREST LEGAL FOUNDATION, | : | NO. 1:20-cv-01905 |
| | : | |
| **Plaintiff,** | : | |
| | : | CHIEF JUDGE JONES |
| v. | : | |
| | : | |
| KATHY BOOCKVAR, in her official capacity, | : | ELECTRONICALLY FILED |
| | : | |
| **Defendant.** | : | |

## ORDER

AND NOW, this _____ day of November, 2020, upon consideration of Defendant Kathy Boockvar's Motion To Dismiss, IT IS HEREBY ORDERED that the Motion is GRANTED and the Amended Complaint is Dismissed with Prejudice.

BY THE COURT:

_____

J.