IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| THE PUBLIC INTEREST LEGAL FOUNDATION, | : | |
| Plaintiff, | : | NO. 1:20-CV-1905 |
| v. | : | ELECTRONICALLY FILED |
| KATHY BOOCKVAR, Secretary of the Commonwealth of Pennsylvania, in her official capacity, | : | CHIEF JUDGE JONES |
| Defendant. | : | |

## ORDER

AND NOW, this __28th__ day of December, 2020, upon consideration of Defendant Kathy Boockvar's Motion For Enlargement of Deadline To File Reply Brief, IT IS HEREBY ORDERED that the Motion is GRANTED and the deadline for Secretary Boockvar to file her reply brief is extended to January 7, 2021.

BY THE COURT:

_____
J.