# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| THE PUBLIC INTEREST LEGAL FOUNDATION, | : | |
| Plaintiff, | : | |
| v. | : | No. 1:20-cv-01905 |
| KATHY BOOCKVAR, in her Official Capacity, | : | CHIEF JUDGE JONES |
| Defendant. | : | ELECTRONICALLY FILED |

## ORDER

AND NOW, this 27th day of January, upon consideration of Defendant Kathy Boockvar's Unopposed Motion for Referral to a United States Magistrate Judge for Facilitation of Settlement, IT IS HEREBY ORDERED THAT the Motion (Doc. 38) is GRANTED. The above-captioned matter is REFERRED to Chief Magistrate Judge Karoline Mehalchick for referral to a Magistrate Judge of this Court for settlement purposes.

*[signature]* J.