## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PUBLIC INTEREST LEGAL FOUNDATION,<br><br>            Plaintiff<br><br>    v.<br><br>KATHY BOOCKVAR,<br><br>            Defendant | CIVIL ACTION NO. 1:20-CV-1905<br><br>(JONES, C.J.)<br>(MEHALCHICK, M.J.) |

## **ORDER**

**AND NOW**, this 28th day of January, 2021, **IT IS HEREBY ORDERED** that a telephonic scheduling conference will be held on **Monday, February 1, 2021 at 10:30 AM**. Counsel is asked to use the following call in numbers for the conference:

> Toll Free:		888-557-8511
>
> Access Code:		5640337

**Dated: January 28, 2021**				*s/ Karoline Mehalchick*
										**KAROLINE MEHALCHICK**
										**Chief United States Magistrate Judge**