## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PUBLIC INTEREST LEGAL FOUNDATION,<br><br>Plaintiff,<br><br>v.<br><br>KATHY BOOCKVAR,<br><br>Defendants | CIVIL ACTION NO. 1:20-CV-1905<br><br>(JONES, C.J.)<br>(MEHALCHICK, M.J.) |

### SETTLEMENT CONFERENCE ORDER

This case has been referred to the undersigned for a settlement conference. Therefore,

**IT IS ORDERED THAT:**

1. A settlement conference is scheduled for **Monday, February 22, 2021 at 9:00 AM** via Zoom.

2. Counsel shall submit a confidential settlement memorandum are due February 16, 2021 to the chambers email address at magistrate_judge_mehalchick@pamd.uscourts.gov. The memorandum shall include (1) a concise statement of the case, including any evidence the party intends to produce at trial; (2) a concise summary of the legal and factual issues in the case; (3) a summary of the history of settlement negotiations thus far; (4) a candid and realistic summary of the party's settlement position; and (5) any other matters which the parties deem appropriate for discussion with the Court.

3. Counsel are to advise the Court no later than **February 8, 2021** of any need and/or requirements for video conferencing to Judge Mehalchick via email at magistrate_judge_mehalchick@pamd.uscourts.gov.

4. Counsel are advised that their clients or client representatives with **complete** authority to negotiate and consummate a settlement shall be in attendance at the settlement conference. The purpose of the requirement is to have in attendance a representative who has both the authority to exercise his or her own discretion and the realistic freedom to exercise such discretion without negative consequences, in other to settle a case during the settlement conference, if appropriate, without consulting someone else who is not present.

5. Counsel appearing for the settlement conference without their client representatives authorized as described above may, in the discretion of the settlement office, cause the settlement conference to be canceled or rescheduled. The non-complying party/attorney or both may be assessed the costs or expenses incurred by other parties as a result of such cancellation or rescheduling, as well as any additional sanctions deemed appropriate by the Court. Counsel are responsible for timely advising any involved non-party insurance company of the requirements of this order.

Date:   February 2, 2021                    *s/Karoline Mehalchick*
                                                                             **KAROLINE MEHALCHICK**
                                                                             **United States Magistrate Judge**