# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| PUBLIC INTEREST LEGAL FOUNDATION,<br>    Plaintiff, | : | 1:20-cv-1905 |
| | : | |
| v. | : | Hon. John E. Jones III |
| | : | |
| KATHY BOOCKVAR, *Secretary of the Commonwealth of Pennsylvania, in her official capacity*<br>    Defendant. | : | |

## ORDER

### April 1, 2021

It having been reported to the Court that the parties have achieved resolution of this matter and are awaiting the final conditions of settlement, **IT IS ORDERED THAT** this action is **DISMISSED** without costs and without prejudice to the right of either party, upon good cause shown, to apply for reinstatement of the action within sixty days of the date of this Order if settlement has not been consummated.

After the expiration of 60 days and in the event no application for reinstatement is filed by either party before the expiration of 60 days, this action shall be deemed **DISMISSED WITH PREJUDICE.**

s/ John E. Jones III
John E. Jones III, Chief Judge
United States District Court
Middle District of Pennsylvania
